UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| KELLY BAXTER, an Individual | : | |
| | : | |
| v. | : | C.A. No: 1:19-cv-0000502 |
| | : | |
| CITY OF CENTRAL FALLS, by and through its Director of Finance, CYNTHIA DEJESUS; MAYOR JAMES DIOSSA, in his capacity the Chief Executive of the City of Central Falls; DANIEL J. BARZYKOWSKI, in his capacity as the Chief of the City of Central Falls Police Department; OMAR OSPINA, individually and in his official capacity as an officer in the Central Falls Police Department; JOSEPH D. TOUGAS, individually and in his official capacity as officer in the Central Falls Police Dept. | : | |

## **DISMISSAL STIPULATION**

The undersigned parties hereby stipulate that this matter be dismissed with prejudice, no interest, no costs.

Plaintiff,  
By her attorney,

/s/ Marc Gursky. Esq.  
Marc Gursky, Esq. #2818  
GURSKY WEINS Attys at Law, Ltd.  
1130 Ten Rod Road Suite C207  
North Kingstown, RI 02852  
(401) 294-4700  
(401) 294-4702- Fax  
mgursky@rilaborlaw.com

Defendants,  
By their attorney,

/s/ Melody A. Alger, Esq  
Melody A. Alger, Esquire #4585  
ALGER LAW, LLC  
1300 Division Road, Ste. 206  
West Warwick, RI 02893  
(401) 277-1090  
(401) 277-1094 – Fax  
malger@algerlaw.com

Dated: March 9, 2021